## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  : SS.:
COUNTY OF NEW YORK)

I, **Maria Vigario**, being duly sworn, depose and say: I am not a party to this proceeding, I am over EIGHTEEN (18) years of age and I am employed by the New York City Housing Authority at 250 Broadway, New York, New York 10007. On August 8, 2014, I served the within **Answer of Defendants New York City Housing Authority** upon:

Pedro D. Nieblas-Love
1634 Sterling Place, Apt. 2B
Brooklyn, New York 11233

by placing a true copy of these papers in a postage paid properly addressed envelope, addressed as set forth above, and depositing it in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Maria Vigario

Sworn to before me this
8th day of August 2014

_____
NOTARY PUBLIC

E. MADALINA ANDREI
Notary Public- State of New York
No. 02AN6119161
Qualified in New York County
Commission Expires November 29, 2016